■ JEANETTE RIZZO, Appellant, v HAROLD P. GOLDBERG et al., Respondents. [816 NYS2d 398]—Appeal from an order of the Supreme Court, Onondaga County (Edward D. Carni, J.), entered August 23, 2004. The order granted defendants' motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Kehoe and Smith, JJ.